==============================================================================

### \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__ NORTHERN __  DISTRICT OF __ NEW YORK __

AMENDED JUDGMENT IN A CIVIL CASE

DOCKET NO.   1:04-CV-0939 (LEK/RFT)

---

**CONSTRUCTIVE HANDS, INC. f/k/a
DAVID SIOR d/b/a CONSTRUCTIVE
HANDS,**

                      **Plaintiff,**

   -against-

**TIM B. BAKER and UNNAMED
40' KETCH, her sails, engine,
appurtenances, etc.,** *in rem*,

                      **Defendants,**

---

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_ XX \_\_ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the plaintiff as against the defendants; It is further ORDERED that judgment in the total amount of $24,405.83 be entered against the Defendant along with prejudgment interest; all in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated August 8, 2006.

**DATE:** __ August 8, 2006 __                  ***LAWRENCE K. BAERMAN***
                                                                      CLERK OF THE COURT

*(signature: Scott A. Snyder)*

**Courtroom Deputy to the
Honorable Lawrence E. Kahn**